## Commonwealth, on Relation, et al. v. Davis, Judge of the 26th Judicial District.

(Decided April 25, 1916.)

### Appeal from Bell Circuit Court.

OPINION OF THE COURT BY JUDGE CLARKE—Dismissing petition for writ of prohibition.